UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:
SALAMY, SUSAN LANE

Case No. 21-40178 KKS
Chapter 7

Debtor(s).
_____/

**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER BROCK REALTY TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330  (Doc. 13)**

THIS CAUSE CAME BEFORE THE COURT, upon consideration of the Trustee's Application to retention of **BK Global Real Estate Services ("BKRES") and Coldwell Banker Brock Realty ("Listing Agent")**. to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 AND 330 (Doc. 13), no hearing being necessary, it is:

**ORDERED**:

1. Trustee's Application to Trustee's Application to retention of **BK Global Real Estate Services ("BKRES") and Coldwell Banker Brock Realty ("Listing Agent")** is **APPROVED.**

2. The Trustee is authorized to employ **BK Global Real Estate Services ("BKRES") and Coldwell Banker Brock Realty ("Listing Agent")**, to procure a consented sale of the property of the estate. The Trustee is authorized to pay the real estate broker/agent the commission set forth in the Application, and any necessary expenses, from the proceeds of an approved sale, at closing.

**DONE AND ORDERED** on this   20th   day of   August  , 20 21 .

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.
Order prepared by:  Theresa M Bender
Copies provided to:
Interested Parties.