IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

SUSAN LANE SALAMY                    CASE NO. 21-40178-KKS
                                     CHAPTER 7

        Debtor.
_____/

**AGREED ORDER GRANTING HOMESTAR
FINANCIAL CORPORATION'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 30)**

THIS CASE came before the Court on the *Motion for Relief from the Automatic Stay* ("Motion") filed by Homestar Financial Corporation ("Movant") (Doc. No. 30). By submission of this order for entry, the submitting counsel represents that the Chapter 7 Trustee consents to its entry. The Court, having reviewed the Motion and the agreement of the Movant and the Chapter 7 Trustee, finds it appropriate to grant the requested relief. Accordingly, it is

**ORDERED**:

1. The Motion (Doc. No. 30) is granted.

2. Effective ninety (90) days after the date of entry of this Order, the automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code will be terminated as to Movant's interest in the following collateral:

> All of that certain city lot or parcel of land, together with all improvements thereon, lying, being and situate on the north side of Evans Street in the City of Bainbridge in Decatur County, Georgia, described as follows: Beginning at a point on the north side of Evans Street a distance of 80 feet east of the northeast corner of the intersection of Potter Street with Evans Street, and running thence North 150 feet; thence East 76 feet to property formerly owned by R. A. Gremmer; thence South 150 feet to Evans Street; thence West along the north side of Evans Street 76 feet to the point of beginning; and being the same property conveyed by Mary E. Piper to Mrs. M. V. Belcher by deed dated October 1, 1914, recorded in Deed Record R-3, Page 295, Deed Records of Decatur County, Georgia; and being the same property conveyed to Carson N. Hatcher by warranty deed from Mrs. Gladys Elizabeth Haddon, said deed being dated 3 February 1944, recorded in Deed Book E-5, page 462, Deed Records of Decatur County, Georgia.

**AKA 409 E. Evans St., Bainbridge, Georgia 39819** ("collateral").

3. Upon the effective date of this Order, Movant will have *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

DONE and ORDERED on __September 17, 2021__.

_____
Karen K. Specie
U.S. Bankruptcy Judge

Order prepared by:
Gavin N. Stewart
P.O. Box 5703
Clearwater, FL 33758

Attorney Gavin Stewart is directed to serve a copy of this order on interested parties and file a proof of service within 3 business days of entry of the order.